Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Keith D. Yandell (SBN 233146)
Email: kyandell@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612
Telephone:     +1 510 763 2000

Attorneys for Defendants World Savings Bank, FSB and Ken Thompson

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CESAR ANCHANTE-MARTINETTI** Sramineus Homo, US Vessel, <br><br>**Libellant,** <br><br>v. <br><br>WORLD SAVINGS, KEN THOMPSON, President, U.S. Vessel DOES, ROES, and MOES 1-100 et al, US Vessel sand, <br><br>**Libellees,** <br><br>―――――――――――――――――― <br>Cesar Anchante-Martinetti <br>Lien Holder of the Vessel, the Real Party In Interest, Lawful Man <br>Injured Third Party Intervener/Petitioner/ Libellant, <br><br>v. <br><br>WORLD SAVINGS, KEN THOMPSON, PRESIDENT, U.S. Vessel <br>DOES, ROES and MOES 1-100 et al <br>**US VESSELS INDIVIDUALLY AND SEVERALLY**, <br><br>**Third Party Defendants/Libellees** | No.: CV 07-5929 <br><br>**PROOF OF SERVICE** <br><br>Date:          February 1, 2008 <br>Time:          9:00 a.m. <br>Place:          Courtroom 10 <br>Compl. Filed:  November 26, 2007 <br><br>Honorable Susan Illston |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On December 17, 2007, I served the following document(s) by the method indicated below:

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

Cesar Anchante-Martinetti
324 Stevenson Street
Vacaville, CA 95688

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 17, 2007, at Oakland, California.

                                                  /s/ David P. Kelley