FILED

UNITED STATES DISTRICT COURT JAN -4 AM 11:32

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CESAR ANCHANTE-MARTINETTI | ) Case No.: No. C 07-05929 SI |
| C/o KEN THOMPSON | ) AFFIDAVIT |
| 324 Stevenson Street | ) |
| Vacaville, California Zip Code Exempt | ) |
| Libellant, | ) |
| vs. | ) |
| WORLD SAVINGS, KEN THOMPSON, | ) |
| C/o 1999 Harrison Street, Suite 2400 | ) |
| Oakland, California, | ) |
| Libellees | ) |

Now, by special appearance, comes Cesar: Anchante-Martinetti, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.) I am of legal age, competent to testify and under no legal disability.

2.) The enclosed NOTICE AND DEMAND to WORLD SAVINGS by and through KEN THOMPSON is made a part of this AFFIDAVIT by reference as if fully written out herein and hereinafter referred to as NOTICE AND DEMAND.

3.) The enclosed MEMORANDUM is made a part of this AFFIDAVIT by

reference as if fully written out herein and hereinafter referred to as MEMORANDUM.

4.) The enclosed JUDICIAL NOTICE is made a part of this AFFIDAVIT by reference as if fully written out herein and hereinafter referred to as PROPOSED JUDICIAL NOTICE.

5.) The enclosed NOTICE OF APPOINTMENT OF FIDUCIARY TRUSTEE_KEN THOMPSON is made a part of this AFFIDAVIT by reference as if fully written out herein and hereinafter referred to as NOTICE OF APPOINTMENT OF FIDUCIARY TRUSTEE_THOMPSON.

6.) On December 24th, 2007 I received the enclosed PRESENTMENT from CESAR ANCHANTE-MARTINETTI by and through KEN THOMPSON

7.) That presentment is hereby accepted for value upon proof of claim that:

    A.) You have exhausted your administrative remedies in this instant matter.

    B.) You have a lien hold interest in the res.

    C.) I do not have a lien hold interest in the res.

    D.) You are not esstopped from raising any controversy in this instant matter

And furthermore upon your payment of thirty-three million eight hundred seventy-eight thousand seventy-five dollars being made to me immediately to settle and close this account and it is returned for value, consideration, honor and settlement of the account.

8.) Libellee has agreed, stipulated and consented to owing Libellant the sum certain balance of thirty-three million eight hundred seventy-eight thousand seventy-five dollars.

AFFIDAVIT - 3 OF 3

9.)   Now therefore Libellant demands payment of the sum certain balance of thirty-three million eight hundred seventy-eight thousand seventy-five dollars.

My yea is my yea and my nay is my nay.

Dated this 4th day of January, 2008

*[signature]*
By: authorized representative
Without recourse

AFFIDAVIT - 3 OF 3