**FILED**

**JAN 0 4 2008**

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ANCHANTE-MARTINETTI ) | Case No.: No. C 07-05929 SI |
| ) | |
| C/o KEN THOMPSON ) | MEMORANDUM |
| ) | |
| 324 Stevenson Street ) | |
| ) | |
| Vacaville, California Zip Code Exempt ) | |
| ) | |
| Libellant, ) | |
| ) | |
| vs. ) | |
| ) | |
| WORLD SAVINGS, KEN THOMPSON, ) | |
| ) | |
| C/o 1999 Harrison Street, Suite 2400 ) | |
| ) | |
| Oakland, California, ) | |
| ) | |
| Libellees ) | |
| ) | |

    Now, by special appearance, comes Cesar: Anchante-Martinetti, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

    1.)    I am of legal age, competent to testify and under no legal disability.

    2.)    Libellant has filed an action for declaratory judgment.

    3.)    Libellant has exhausted his administrative remedies in this instant matter.

4.)   Libellant seeks a default judgment as libellees have failed to rebut the complaint.

5.)   Libellees have failed to ask for a more definitive statement and are in agreement with libellant

My yea is my yea and my nay is my nay.

Dated this 4th day of January, 2008

*[signature]*
By: authorized representative
Without recourse