```
                    SUPERIOR COURT, STATE OF CALIFORNIA
                         UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
```

**FILED**
**JAN 0 4 2008**
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ANCHANTE-MARTINETTI, | ) Case No.: No. C 07-05929 SI |
| C/o 324 Stevenson Street, | ) JUDICIAL NOTICE OF PERFECTED COUNTERCLAIM<br>) AND NOTICE OF SETOFF AND ADJUSTMENT BY<br>) ADMINISTRATIVE PROCEEDURE |
| Vacaville, California Zip Code | ) |
| Exempt, | ) [Ev. Rule 201 for ministerial use only] |
| Libellant, | ) |
| vs. | ) |
| WORLD SAVINGS, KEN THOMPSON, | ) |
| C/o 1999 Harrison Street, Suite 2400 | ) |
| Oakland, California [94612] | ) |
| Libellee, | ) |

JUDICIAL NOTICE

Now, by special appearance, comes Cesar: Anchante-Martinetti, Sui Juris, third party intervener, the flesh and blood man, unschooled in law' hereinafter referred to as me, my, I or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud. The

JUDICIAL NOTICE - 1 OF 2

following first hand asseverations are true, complete, certain and not meant to mislead or delay.

    1.)    WORLD SAVING'S PRESENTMENT fails to aver any first hand knowledge of the facts therein.

    2.)    Averments of an attorney are not first hand evidence and serve as hearsay testimony which is not admissible.

    3.)    I have perfected an administrative COUNTERCLAIM procedure to exhaust my administrative remedies in this instant matter, see Notary Protest.

    4.)    An examination of the Notary Protest will serve to establish that WORLD SAVINGS by and through KEN THOMPSON have agreed to be bound to the enclosed SETOFF AND ADJUSTMENT attained through the binding arbitration process of a Notary Protest, see Notary Protest.

My yea is my yea and my nay is my nay.

*[signature]*
By authorized representative
Without recourse

JUDICIAL NOTICE - 2 OF 2