UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JAN 0 4 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ANCHANTE-MARTINETTI ) | Case No.: No. C 07-05929 SI |
| C/o KEN THOMPSON ) | **NOTICE OF APPOINTMENT OF CO-FIDUTIARY** |
| 324 Stevenson Street ) | **TRUSTEES** |
| Vacaville, California Zip Code Exempt ) | |
| Libellant, ) | |
| vs. ) | |
| WORLD SAVINGS, KEN THOMPSON, ) | |
| C/o 1999 Harrison Street, Suite 2400 ) | |
| Oakland, California, ) | |
| Libellees ) | |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: APPOINTMENT OF CO-FIDUCIARY TRUSTEESS

　　Now, by special appearance, comes Cesar: Anchante-Martinetti, the flesh and blood man, Sui Juris, third party intervener, hereinafter referred to as me, my, I or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorned esquire, or agents thereof, to make any determinations for me, legal or otherwise, including but not limited to any so called

NOTICE OF APPOINTMENT OF CO-FIDUCIARY TRUSTEES    1 OF 2

"overturning of a motion". This is not a motion. This is a NOTICE. If you are reading this then the presumption will operate that you have ACTUAL NOTICE of the subject matter herein and by acting contrary to this NOTICE you will be bound by its terms. Fail not under penalty of Law!

NOTICE is hereby given that:

1.) I am of legal age, competent to testify and under no legal disability.

2.) As the creditor and principal, I hereby formally appoint JACK R. NELSON, 00111863 esquire and KEITH D. YANDELL, 00233146 esquire as co-fiduciary trustees for the purpose of using my exemption to settle and close this account.

My yes is my yes and my no is my no.

By authorized representative

Without recourse

NOTICE OF APPOINTMENT OF CO-FIDUCIARY TRUSTEES   2 OF 2