UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
**JAN 0 4 2008**

| | |
|---|---|
| CESAR ANCHANTE-MARTINETTI<br><br>C/o KEN THOMPSON<br><br>324 Stevenson Street<br><br>Vacaville, California Zip Code Exempt<br><br>　　　　Libellant,<br><br>　vs.<br><br>WORLD SAVINGS, KEN THOMPSON,<br><br>C/o 1999 Harrison Street, Suite 2400<br><br>Oakland, California,<br><br>　　　　Libellees | Case No.: No. C 07-05929 SI<br><br>CERTIFICATE OF SERVICE |

Now, by special appearance, comes Cesar: Anchante-Martinetti, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

   1.)    I am of legal age, competent to testify and under no legal disability.

   2.)    On January 4th, 2008 I caused the following;
        a. AFFIDAVIT
        b. JUDICIAL NOTICE
        c. MEMORANDUM
        d. APPOINTMENT OF CO-FIDUCIARY TRUSTEES
        e. ORDER

To be sent to WORLD SAVINGS AND KEN THOMPSON, by and through JACK R. NELSON 00111863, esquire and KEITH D. YANDELL 00233146, esquire by placing the same in a postage pre-paid envelope addressed as follows;

WORLD SAVINGS by and through
JACK R NELSON 00111863, esquire and
KEITH D. YANDELL 00233146, esquire
C/o 1999 Harrison Street, Suite 2400
Oakland, California [94612]

By certified mail # 7006 0100 0005 6183 6669 and depositing it with the U. S. Postal Service

My yea is my yea and my nay is my nay.

Dated this 4th day of January, 2008

*[signature]*
By: authorized representative
Without recourse