Jack R. Nelson (SBN 111863)
Email:  jnelson@reedsmith.com
Keith D. Yandell (SBN 233146)
Email:  kyandell@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612
Telephone:     +1 510 763 2000

Attorneys for Defendants World Savings Bank, FSB and Ken Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CESAR ANCHANTE-MARTINETTI** Sramineus Homo, US Vessel,<br><br>**Libellant,**<br><br>v.<br><br>WORLD SAVINGS, KEN THOMPSON, President, U.S. Vessel DOES, ROES, and MOES 1-100 et al, US Vessel sand,<br><br>**Libellees,**<br><br>Cesar Anchante-Martinetti Lien Holder of the Vessel, the Real Party In Interest, Lawful Man Injured Third Party Intervener/Petitioner/ Libellant,<br><br>v.<br><br>WORLD SAVINGS, KEN THOMPSON, PRESIDENT, U.S. Vessel DOES, ROES and MOES 1-100 et al **US VESSELS INDIVIDUALLY AND SEVERALLY**,<br><br>**Third Party Defendants/Libellees** | No.: CV 07-5929<br><br>**REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:            February 1, 2008<br>Time:           9:00 a.m.<br>Place:          Courtroom 10<br>Compl. Filed:  November 26, 2007<br><br>Honorable Susan Illston |

Consistent with his nonsensical "Complaint" Cesar Anchante-Martinetti's ("Plaintiff") "Opposition" to Defendants' World Savings Bank, FSB (erroneously sued as "World Savings") and its President, Ken Thompson's Motion To Dismiss is void of a any coherent factual or legal argument. The closest Plaintiff comes to articulating a coherent thought is when he attempts to appoint Defendants' counsel as his "co-fiduciaries." See Notice of Appointment of Co-Fiduciaries, p. 2. Plaintiff's rambling Affidavit, Memorandum, Appointment of Co-Fiduciaries and Judicial Notice Perfected Counterclaim and Notice of Setoff and Adjustment by Administrative Procedure served in response to World's Motion to Dismiss exemplify why the Court should dismiss the instant action. It is clearly designed to harass Defendants and has, thus far, succeeded in forcing them to waste resources to defend against a frivolous lawsuit not grounded in reality. Plaintiff has not and cannot state a cause of action against Defendants. Plaintiff's Complaint is also deficient in that it fails to plead any claim with specificity or demonstrate the basis for this Court's jurisdiction. Thus, the Court should not hesitate to dismiss Plaintiff's Complaint with prejudice.

DATED: January 17, 2008.

REED SMITH LLP

By  /s/ Keith D. Yandell
    Jack R. Nelson
    Keith D. Yandell
    Attorneys for Defendants World Savings Bank, FSB and Ken Thompson

– 1 –

Reply In Support of Defendants' Motion to Dismiss

DOCSOAK-9897678.1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On January 18, 2008, I served the following document(s) by the method indicated below:

**REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

| Cesar Anchante-Martinetti<br>324 Stevenson Street<br>Vacaville, CA 95688 | Cesar Anchante-Martinetti<br>6787 Hillsview Drive<br>Vacaville, CA 95688 |
|---|---|

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on January 18, 2008, at Oakland, California.

/s/ David P. Kelley