1  Jack R. Nelson (SBN 111863)
   Email:  jnelson@reedsmith.com
2  Keith D. Yandell (SBN 233146)
   Email:  kyandell@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA  94612
   Telephone:     +1 510 763 2000
5

6  Attorneys for Defendants World Savings Bank,
   FSB and Ken Thompson
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                               SAN FRANCISCO DIVISION

11 **CESAR ANCHANTE-MARTINETTI**          ) No.: CV 07-5929
    Sramineus Homo, US Vessel,             )
12                                         ) **DEFENDANTS' NOTICE OF MOTION**
              **Libellant,**               ) **AND MOTION TO DISMISS PLAINTIFF'S**
13                                         ) **FIRST AMENDED COMPLAINT**
         v.                                )
14                                         ) Date:           March 28, 2008
    WORLD SAVINGS, KEN THOMPSON,           ) Time:           9:00 a.m.
15  President, U.S. Vessel DOES, ROES, and MOES ) Place:       Courtroom 10, 19th Floor
    1-100 et al, US Vessel sand,           ) Compl. Filed:   November 26, 2007
16                                         )
              **Libellees,**               )
17                                         ) Honorable Susan Illston
                                           )
18  ─────────────────────────────────      )
                                           )
19  Cesar Anchante-Martinetti              )
    Lien Holder of the Vessel, the Real Party )
20  In Interest, Lawful Man                )
    Injured Third Party Intervener/Petitioner/ )
21  Libellant,                             )
                                           )
22       v.                                )
                                           )
23  WORLD SAVINGS, KEN THOMPSON,           )
    PRESIDENT, U.S. Vessel                 )
24  DOES, ROES and MOES 1-100 et al        )
         **US VESSELS**
25  **INDIVIDUALLY AND SEVERALLY**,

26       **Third Party Defendants/Libellees**
    ─────────────────────────────────
27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on Friday, March 28, 2008, at 9:00 a.m. in Courtroom 10 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, Defendant World Savings Bank, F.S.B. ("World") and Ken Thompson (collectively, "Defendants") will and hereby do move this Court for an order dismissing Plaintiff's first Amended Complaint ("FAC").

Plaintiff's FAC fails to identify facts sufficient to state a cause of action and, therefore, should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) and/or 12(c). Moreover, Plaintiff failed to file his FAC within the time prescribed by the Court's January 23, 2008 Order and, therefore, should be dismissed for that reason as well. Further, Plaintiff fails to plead his causes of action with sufficient specificity and his FAC should be dismissed pursuant to Federal Rule of Civil Procedure 12(e). Finally, Plaintiff's FAC should be dismissed because it does not allege facts sufficient to show that this Court has jurisdiction over the instant matter.

Defendants' Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and such other evidence the Court may choose to consider at the hearing on Defendants' motion.

DATED: February 13, 2008.

REED SMITH LLP

By      /s/ Keith D. Yandell
    Jack R. Nelson
    Keith D. Yandell
    Attorneys for Defendants World Savings Bank, FSB and Ken Thompson