IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CESAR ANCHANTE-MARTINETTI,          No. C 07-05929SI

      Plaintiff,                                   **NOTICE**

  v.

WORLD SAVINGS,

      Defendant.
                                      /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference previously scheduled to occur on February 29, 2008, has been continued to Friday, March 28, 2008, at 2:00 p.m.

Defendant's Motion to Dismiss is currently set for March 28, 2008, at 9:00 a.m.

Dated: February 14, 2008                                       RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk