OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
•PENALTY FOR PRIVATE USE $300

FILED

FEB 25 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

14 FEB 2008

SAN FRANCISCO CA 941

UNITED STATES POSTAL

$ 00.41°
02 1A
0004329882    FEB 14 2008
MAILED FROM ZIPCODE 94102

941020349899

NIXIE        957   DC 1        00   02/19/08

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 94102349899        *1540-03471-14-39

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ANCHANTE-MARTINETTI, | No. C 07-05929SI |
| Plaintiff, | **NOTICE** |
| v. | |
| WORLD SAVINGS, | |
| Defendant. | |



FILED

FEB 1 4 2008

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference previously scheduled to occur on February 29, 2008, has been continued to Friday, March 28, 2008, at 2:00 p.m.

Defendant's Motion to Dismiss is currently set for March 28, 2008, at 9:00 a.m.

Dated: February 14, 2008                         RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CESAR ANCHANTE-MARTINETTI,

Plaintiff,

v.

WORLD SAVINGS et al,

Defendant.

/

Case Number: CV07-05929 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti
324 Stevenson Street
Vacaville, CA 95688

Dated: February 14, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk