1  Jack R. Nelson (SBN 111863)
   Email: jnelson@reedsmith.com
2  Keith D. Yandell (SBN 233146)
   Email: kyandell@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA  94612
   Telephone:    +1 510 763 2000

5

6  Attorneys for Defendants World Savings Bank,
   FSB and Ken Thompson
7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11 | **CESAR ANCHANTE-MARTINETTI**       ) No.: CV 07-5929
   | Sramineus Homo, US Vessel,          )
12 |                                     ) **REPLY IN SUPPORT OF DEFENDANTS'**
   |              **Libellant,**          ) **MOTION TO DISMISS PLAINTIFF'S**
13 |                                     ) **FIRST AMENDED COMPLAINT**
   |                                     )
14 |          v.                         )
   |                                     ) Date:          March 28, 2008
15 | WORLD SAVINGS, KEN THOMPSON,        ) Time:          9:00 a.m.
   | President, U.S. Vessel DOES, ROES, and MOES ) Place:  Courtroom 10, 19th Fl.
   | 1-100 et al, US Vessel sand,        ) Compl. Filed:  November 26, 2007
16 |                                     )
   |                                     )
17 |              **Libellees,**          )
   |                                     ) Honorable Susan Illston
18 | ──────────────────────────────────  )
   |                                     )
19 | Cesar Anchante-Martinetti           )
   | Lien Holder of the Vessel, the Real Party )
20 | In Interest, Lawful Man             )
   | Injured Third Party Intervener/Petitioner/ )
   | Libellant,                          )
21 |                                     )
   |                                     )
22 |          v.                         )
   |                                     )
23 | WORLD SAVINGS, KEN THOMPSON,        )
   | PRESIDENT, U.S. Vessel              )
   | DOES, ROES and MOES 1-100 et al     )
24 |    **US VESSELS**
   | **INDIVIDUALLY AND SEVERALLY,**
25 |
   |     **Third Party Defendants/Libellees**
26 | ──────────────────────────────────

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSOAK-9900990.1

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

## I.    INTRODUCTION

Nothing in Plaintiff Cesar Anchante-Martinetti's ("Plaintiff") "Answer to Motion to Dismiss" addresses the deficiencies in his First Amended Complaint ("FAC").  These defeciencies are as follows:

- Plaintiff did not file his amended Complaint within the time proscribed by the Court's January 23, 2008 Order.

- Plaintiff has not (and cannot) stated a single cause of action against World Savings Bank, FSB, let alone its President Ken Thompson.

- Plaintiff's FAC is hopelessly vague.

- Plaintiff has not stated the grounds for this Court's jurisdiction.

Plaintiff's *pro per* status does not excuse his failure to present any facts that could be interpreted to support a cause of action.  As this is Plaintiff's second attempt to state a cause of action against World Defendants, his FAC should be dismissed *with prejudice*.

DATED:  March 14, 2007.

REED SMITH LLP


By_____/s/ Keith D. Yandell_____
     Jack R. Nelson
     Keith D. Yandell
     Attorneys for Defendants World Savings Bank,
     FSB and Ken Thompson

DOCSOAK-9900990.1

Reply In Support of Motion to Dismiss Plaintiff's First Amended Complaint