1  Jack R. Nelson (SBN 111863)
   Email: jnelson@reedsmith.com
2  Keith D. Yandell (SBN 233146)
   Email: kyandell@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA 94612
   Telephone:   +1 510 763 2000
5

6  Attorneys for Defendants World Savings Bank,
   FSB and Ken Thompson
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 **CESAR ANCHANTE-MARTINETTI**           ) No.: CV 07-5929
   Sramineus Homo, US Vessel,              )
12                                         ) **PROOF OF SERVICE**
              **Libellant,**               )
13                                         ) Date:       March 28, 2008
         v.                                ) Time:       9:00 a.m.
14                                         ) Place:      Courtroom 10
   WORLD SAVINGS, KEN THOMPSON,            ) Compl. Filed: November 26, 2007
15 President, U.S. Vessel DOES, ROES, and MOES )
   1-100 et al, US Vessel sand,            )
16                                         ) Honorable Susan Illston
              **Libellees,**               )
17                                         )
                                           )
18 ─────────────────────────────           )
                                           )
19 Cesar Anchante-Martinetti               )
   Lien Holder of the Vessel, the Real Party )
20 In Interest, Lawful Man                 )
   Injured Third Party Intervener/Petitioner/ )
21 Libellant,                              )
                                           )
22       v.                                )
                                           )
23 WORLD SAVINGS, KEN THOMPSON,            )
   PRESIDENT, U.S. Vessel                  )
24 DOES, ROES and MOES 1-100 et al
       **US VESSELS**
25 **INDIVIDUALLY AND SEVERALLY,**

26      **Third Party Defendants/Libellees**

27

28

REED SMITH LLP — A limited liability partnership formed in the State of Delaware

DOCSOAK-9895208.2

Reply In Support of Motion to Dismiss Plaintiff's First Amended Complaint

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On March 13, 2008, I served the following document(s) by the method indicated below:

**[DEFENDANTS'] REPLY IN SUPPORT OF DEFENDANTS; MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

| Cesar Anchante-Martinetti<br>324 Stevenson Street<br>Vacaville, CA 95688 | Cesar Anchante-Martinetti<br>6787 Hillsview Drive<br>Vacaville, CA 95688 |
|---|---|

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 13, 2008, at Oakland, California.

/s/ Jackie Beach

- 1 -

DOCSOAK-9895208.2