IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ANCHANTE-MARTINETTI, | No. C 07-5929 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WORLD SAVINGS BANK, *et al.*, | |
| Defendants. | |

Plaintiff's complaint is dismissed without leave to amend.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 26, 2008

SUSAN ILLSTON
United States District Judge