SUPERIOR COURT, STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 26 PM 12: 41

| | |
|---|---|
| CESAR ANCHANTE-MARTINETTI,<br><br>C/o 324 Stevenson Street,<br><br>Vacaville, California Zip Code<br><br>Exempt,<br><br>      Libellant,<br><br>  vs.<br><br>WORLD SAVINGS BANK, KEN THOMPSON,<br><br>C/o 1999 Harrison Street, Suite 2400<br><br>Oakland, California [94612]<br><br>      Libellee, | Case No.: No. CV 07-5929 SI<br><br>MEMORANDUM CONTRA REPLY TO RESPOND DEFFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |

### MEMORANDUM

Now, by special appearance, comes Cesar: Anchante-Martinetti, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.)     I am of legal age, competent to testify and under no legal disability.

2.)     Libellant has filed an action for declaratory judgment.

3.) Libellant has exhausted his administrative remedies in this instant matter.

4.) Libellant seeks a default judgment as libellees have failed to rebut the complaint.

5.) Libellees have failed to ask for a more definitive statement and are in agreement with libellant.

6.) WORLD SAVINGS BANK'S PRESENTMENT fails to aver any first hand knowledge of the facts therein.

7.) Averments of an attorney are not first hand evidence and serve as hearsay testimony which is not admissible.

8.) I have perfected an administrative COUNTERCLAIM procedure to exhaust my administrative remedies in this instant matter, see Notary Protest.

9.) An examination of the Notary Protest will serve to establish that WORLD SAVINGS by and through KEN THOMPSON have agreed to be bound to the COUNTERCLAIM obtained through the binding arbitration process of a Notary Protest, see Notary Protest.

## OVERVIEW OF FACTS

10.) On August 29, 2007 Libellees sent a presentment to me demanding payment of a sum certain.

11.) I conditionally accepted that presentment upon WORLD SAVINGS BANK'S continuing fiduciary duty to deal honestly and answer questions about the underlying obligation.

12.) The RECORD shows that WORLD SAVINGS BANK refused and/or failed to provide the requested proof of claim including but not limited to:

   a.) Provide a certified copy of the original note, both back and front, upon which the purported obligation arises,

   b.) Provide evidence in the form of your book keeping entries that show where the "funds" originated.

13.) The RECORD shows that WORLD SAVINGS BANK is now resorting to

   ridicule to avoid the obvious established fact that there is no debt due and owing WORLD SAVINGS BANK.

14.) I am unschooled in law and if the terms I have used are confusing I apologize and will be honored to clarify any specific definition, I doubt, to settle and close this matter in harmony with the post bankruptcy public policy of the UNITED STATES inc.

15.) WORLD SAVINGS BANK has at no time, until now, indicated any confusion with my correspondence.

16.) WORLD SAVINGS BANK has remained silent until now.

17.) WORLD SAVINGS BANK had ample opportunity to ask for a more definitive statement.

18.) The RECORD shows that no such request for a more definitive statement was executed.

19.) Federal Rules of Civil Procedure provide for default judgment by the clerk for a failure to appear and defend.

20.) The Protest evidences WORLD SAVINGS BANK'S agreement, consent and stipulation to our position.

21.) A declaratory judgment establishing WORLD SAVINGS BANK'S default is appropriate.

22.) Lastly, lender never expressed confusion in the RESPA QUALIFIED WRITTEN REQUEST, COMPLAINT, DISPUTE OF DEBT & VALIDATION OF DEBT LETTER, TILA REQUEST. There are 53 questions lender did not answer.

My yea is my yea and my nay is my nay.

Dated this 26th of March, 2008

*Cesar Auchantu Martinotti*
By: authorized representative
Without recourse

```
 1                    UNITED STATES DISTRICT COURT

 2                    NORTHERN DISTRICT OF CALIFORNIA

 3

 4
                                      ) Case No. CV 07-05929-SI
 5   CESAR ANCHANTE-MARTINETTI        )
                                      )
 6    C/o 6787 Hillsview Dr,          ) **CERTIFICATE OF SERVICE**
                                      )
 7   Vacaville, California Zip Code   )
                                      )
 8   Exempt,                          )
                                      )
 9            Libellants,             )
                                      )
10       vs.                          )
                                      )
11   WORLD SAVINGS BANK, KEN THOMPSON, CEO )
                                      )
12   et. Al.                          )
                                      )
13   C/o 1999 Harrison Street, Suite 2400 )
                                      )
14   Oakland, California [94612]      )

15            Libellee,

16                     CERTIFICATE OF SERVICE

17       Now, by special appearance, comes Cesar Anchante-Martinetti the flesh

18   and blood man, Sui Juris and unschooled in law, hereinafter referred to as

19   me, my, I, or the like, to make the following NOTICE with clean hands, full

20   disclosure and no intent to defraud, furthermore, the following first hand

21   asseverations are true, complete, certain and not meant to mislead.

22   NOTICE is hereby given that:

23
        11.)    I am of legal age, competent to testify and under no legal
24          disability.

25
```

1  12.)    This is to certify that on March 26th, 2008 I placed a true and
2       accurate copy of the enclosed VERIFIED NOTICE OF DEFAULT in the U. S.
3       mail with postage prepaid and addressed as follows:
4  WORLD SAVINGS BANK, KEN THOMPSON, CEO
5  C/o 1999 Harrison Street, Suite 2400
6  Oakland, California [94612]
7       With certified mail number 7006 0100 0005 6174 0249

Dated this 26th day of March, 2008

*[signature]*
By: authorized representative
Without recourse

CERTIFICATE OF SERVICE - 2 OF 2